MN - 204
(Rev'd 9/09)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| River View Villas, LLC, | BKY No. 20-42677 – KHS |
| Debtor. | Chapter 7 |

## NOTICE OF SALE

To:  The United States Trustee, all creditors and other parties in interest.

**NOTICE.**  On January 7, 2021, or as soon thereafter as the transaction may be completed, and subject to objection under applicable rules, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows:

Real estate located at 9415 W. River Road, Brooklyn Park, MN 55444; legally described as: Tract B, Registered land Survey No. 572, except road, Hennepin County, Minnesota

PID # 12-119-21-33-0005

(Sch.B 260,000.00)

The above real estate will be sold to Algreen, LLC for the sum of $250,010.00.  The debtor purchased this land on a contract for deed that is now subject to a pending cancellation.  Since this is the highest offer received for the purchase of this property and represents a fair value, the trustee believes the sale to Algreen, LLC is in the best interest of the estate.

**OBJECTION: MOTION: HEARING**.  Under applicable rules, any objection must be in writing, be served on the undersigned trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the date set for the sale. If an objection is timely served and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.  If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary or appropriate.

| | | |
|---|---|---|
| U.S. Bankruptcy Court | U.S. Trustee | John R. Stoebner, Trustee |
| 301 U.S. Courthouse | 1015 U.S. Courthouse | 120 South Sixth Street, Suite 2500 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55402 |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated:  December 17, 2020

/e/ John R. Stoebner
John R. Stoebner, Trustee
120 South Sixth Street, Suite 2500
Minneapolis, MN  55402
(612) 338-5815